AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | )  |
|---|---|
| v. | ) |
| RONALD BENJAMIN SMITH | ) Case No: 07-00184-001 |
|  | ) USM No: |
| Date of Original Judgment: 01-18-2008 | ) |
| Date of Previous Amended Judgment: 01-19-2012 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This court has already denied an similar motion filed by this defendant (Doc. 66). The request for relief is again denied because the defendant's sentence was based on the statutory mandatory minimum (enhanced), and the Fair Sentencing Act of 2010 did not affect the mandatory minimum in this case. See U.S. v. Berry, 701 F.3d 374 (11th Cir. 2012).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2-14-2013                           /s/ Callie V. S. Granade
                                                *Judge's signature*

Effective Date: _____                          United States District Judge
*(if different from order date)*                *Printed name and title*